

# UNITED STATES DISTRICT COURT
## Southern District of Illinois

**Justine Flanagan**
Acting Clerk of Court

**Tel:** 618.482.9371
**Fax:** 618.482.9383

**OFFICE OF THE CLERK**
**750 MISSOURI AVENUE**
**EAST ST. LOUIS, ILLINOIS 62201**

July 17, 2018

Clerk of the Circuit Court
Madison County Circuit Court
155 Noreth Main Street
Edwardsville, IL 62025

Re: City of Granite City, Illinois v. Amerisourcebergen Drug Corporation et al
District Court Case No. 18-cv-1367-SMY-DGW
State Court Case No. 2018-L-587

Enclosed is a certified copy of the Order of Judge Staci M. Yandle filed July 13, 2018, remanding this action to your court.

Please acknowledge receipt of the Order by returning a signed copy of this letter to the undersigned at the office indicated above.

Very truly yours,

*s/ Catina Simpson*
Deputy Clerk

Enclosure
Copy to Counsel of Record

Received By: _____

Date: _____

CV-11
Rev. 1/12